IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KERRY J. OWENS, JR.,

                              Plaintiff,

        v.                                              OPINION and ORDER

SAMUEL PATEK and                                        18-cv-624-jdp
GARRETT MORRIS,

                              Defendants.

---

Pro se plaintiff Kerry J. Owens, Jr., an inmate at Wisconsin Secure Program Facility, is proceeding on Fourth Amendment excessive force claims against defendant police officers. In response to defendants' answer, Dkt. 12, Owens filed a reply, stating that he disputes their defenses. Dkt. 13. Defendants have filed a motion to strike that response under Federal Rule of Civil Procedure 12(f). Dkt. 14. Because defendants are correct that the federal rules do not allow responses to defendants' answers, I will grant the motion to strike.

Rule 7(a) sets out the various types of pleadings permitted in civil litigation, and replies to answers are not included. Nor are such replies necessary. An answer is simply a defendant's initial response to a plaintiff's allegations. Owens will have an opportunity to challenge defendants' responses to his allegations later.

ORDER

IT IS ORDERED that defendants' motion to strike plaintiff's response to defendants' answer, Dkt. 14, is GRANTED.

Entered December 13, 2018.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge