IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KERRY J. OWENS, JR,

    Plaintiff,

  v.

CITY OF BELOIT POLICE DEPARTMENT,
SAMUEL PATEK, AND
GARRETT MORRIS,

    Defendants.

Case No. 18-cv-624-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/  
Peter Oppeneer, Clerk of Court

1/28/2020  
Date